**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANTA CLARITA LLC, a Delaware limited liability company; BERMITE RECOVERY, LLC, a Delaware limited liability company; REMEDIATION FINANCIAL, INC., an Arizona corporation,
Plaintiffs

Plaintiffs,

v.

CITY OF SANTA CLARITA, a California political subdivision; BLUE OX HOLDINGS, LLC, a Delaware limited liability company; 33 NORTH DEVELOPMENT GROUP, a California corporation,

Defendants.

Case No. 2:22-cv-04261-MRA

Hon. Monica Ramirez Almadani

**JUDGMENT**

The Court, having considered the record in this action, and good cause appearing, enters Judgment as follows:

Judgment is hereby entered in favor of defendant City of Santa Clarita ("Defendant") and against plaintiffs Bermite Recovery, LLC and Remediation Financial, Inc. ("Plaintiffs"). Plaintiffs shall take nothing from Defendant by virtue of their operative pleadings in this case.

Plaintiffs, and each of them, are and remain jointly and severally liable to Defendant in the amount of $35,856.49 for attorneys' fees and costs, as awarded by the Court in its order of November 20, 2023, in this case [Dkt. 85]. In addition, nothing in this Judgment shall be construed to affect or limit any party's ability to seek any additional attorneys' fees and/or costs in this matter pursuant to Rule 54 of the Federal Rules of Civil Procedure. All parties' rights in that regard are reserved.

**IT IS SO ORDERED**.

Dates: October 13, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE